**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6478

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ERIC L. JACKSON, a/k/a Tango,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:01-cr-00004-JPB-MJA-1)

Submitted:  September 25, 2025                         Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric L. Jackson, Appellant Pro Se.  Jennifer Therese Conklin, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric L. Jackson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. The district court found that Jackson was eligible for a sentence reduction but declined to reduce his sentence based on its assessment of the 18 U.S.C. § 3553(a) factors. Upon review, we discern no abuse of discretion in the court's decision. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Jackson*, No. 5:01-cr-00004-JPB-MJA-1 (N.D. W. Va. May 15, 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
